UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No. 07-C-0786

UNITED STATES FIRE INSURANCE COMPANY,
PLASTICS ENGINEERING COMPANY,

    Defendants.

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
REGARDING THE MOLDED PRODUCTS POLICIES (DOC. 80) AND
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AGAINST UNITED STATES FIRE INSURANCE COMPANY (DOC. 81)

Liberty Mutual Insurance Company brought this insurance coverage action against United States Fire Insurance Company and Plastics Engineering Company alleging that United States Fire Insurance Company is liable for a share of the costs of defending and settling with Plastics Engineering Company in asbestos-related bodily injury lawsuits. Currently pending are two motions by Liberty Mutual seeking summary judgment. However, because the court finds that there are genuine issues of fact,

IT IS ORDERED that plaintiff's motion for summary judgment regarding the "Molded Products Policies" is denied.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment against United States Fire Insurance Company is denied.

A memorandum of law shall issue forthwith.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2011.

                                                                                      BY THE COURT

                                                                                      /s/ C. N. Clevert, Jr.
                                                                                      C. N. CLEVERT, JR.
                                                                                      CHIEF U. S. DISTRICT JUDGE